IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

DWYNE CRITTENDON,

     Appellant,

v.

                               Case No.  5D23-267
                               LT Case No. 16-1974-CF-4139

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed April 18, 2023

3.850 Appeal from the Circuit Court
for Duval County,
Adrian G. Soud, Judge.

Dwyne Crittendon, Bushnell, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


EDWARDS, HARRIS and BOATWRIGHT, JJ., concur.